UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN MARIE HARRISON,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 14-cv-12986
Hon. Matthew F. Leitman

_____/

## ORDER (1) GRANTING JOINT MOTION TO LIFT STAY AND ENTER JUDGMENT FOR PLAINTIFF AND (2) LIFTING STAY OF PROCEEDINGS

In this action, Plaintiff Carolyn Marie Harrison challenges the denial of her applications for Social Security disability insurance benefits and supplemental security income. On August 12, 2015, the Court entered an Opinion and Order in which it, among other things, (1) remanded Harrison's applications to the Commissioner of Social Security for further proceedings in accordance with sentence six of 42 U.S.C. § 405(g) and (2) stayed this action pending completion of those post-remand proceedings. (*See* ECF #23.)

The post-remand proceedings have now concluded in Harrison's favor. On August 7, 2017, the parties filed a joint motion in which they ask the Court to lift the stay and enter judgment in favor of Harrison. (*See* ECF #24.) Pursuant to the joint

request of the parties, the Court hereby lifts the stay of proceedings and will enter judgment in favor of Harrison.

**IT IS SO ORDERED**.

<pre>
                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE
</pre>

Dated: August 23, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 23, 2017, by electronic means and/or ordinary mail.

<pre>
                              s/Holly A. Monda
                              Case Manager
                              (810) 341-9764
</pre>